# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

In Re: Agriprocessors, Inc.,      )

                   )     **Case No.: 15-CV-01015-LRR**

     Debtor.           )

-------------------------------------------------------)

JOSEPH E. SARACHEK,         )     USBC/NDIA Case Numbers:

*in his capacity as Chapter 7 Trustee,*   )     Bankruptcy No. 08-02751

                   )     Adversary No. 10-09234

     Plaintiff – Appellant /     )

     Cross-Appellee,         )

                   )

v.                    )     **APPEARANCE OF COUNSEL**

                   )

LUANA SAVINGS BANK,       )

                   )

     Defendant – Appellee /    )

     Cross-Appellant.       )

To: The clerk of court and all parties of record

I, Nicholas J. Kilburg, am admitted or otherwise authorized to practice in this court, and I

appear in this case as co-counsel for Plaintiff – Appellant / Cross-Appellee Joseph E. Sarachek.

Date: May 20, 2015

/s/ Nicholas J. Kilburg

**NICHOLAS J. KILBURG   AT0010571**

**ELDERKIN & PIRNIE, P.L.C.**

316 2nd Street SE, Suite 124

P.O. Box 1968

Cedar Rapids, IA 52406-1968

Phone: 319-362-2137; Fax: 319-362-1640

nkilburg@elderkinpirnie.com

**ATTORNEYS FOR PLAINTIFF – APPELLANT /
CROSS-APPELLEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, 2015, copies of this Appearance of Counsel has been filed and served electronically through the court's ECF system, which will send notification of such filing to the following ECF system registrants who have appeared in the case: Defendant-Appellee's counsel Dale L. Putnam and Erik W. Fern, the U.S. Trustee, and the U.S. Bankruptcy Clerk—IAND.

*/s/ Christy White*

Christy White